# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESTABAN VILLAMIL,

    Petitioner,

v.

RAYMOND MADDEN,

    Respondent.

CASE NO. 8:16-CV-1023-MWF (SK)

**JUDGMENT**

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is DENIED and this action DISMISSED WITH PREJUDICE.

DATED: September 12, 2017

HON. MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE